THE PEOPLE OF THE STATE OF NEW YORK ex rel. REGENT CONSTRUCTION Co., Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents. [333 Seventh Ave., Borough of Manhattan.]

Argued May 14, 1947; decided May 29, 1947.

*Sophia L. C. Battistella* for appellant.

*Charles E. Murphy, Corporation Counsel* (*Anthony Curreri, William F. Murphy* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.